**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| KAREN YOUNG, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | No. 3:07-cv-100 |
| v. ) | (Phillips/Shirley) |
| ) | |
| PRUDENTIAL INSURANCE COMPANY ) | |
| OF AMERICA, d/b/a Prudential Financial, ) | |
| Inc., ) | |
| ) | |
|     Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

The case came before the court upon plaintiff's motion for summary judgment and defendant's cross-motion for judgment. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the parties' motions,

**IT IS ORDERED AND ADJUDGED** that the action is **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee this _____ day of _____, 2008.

**IT IS SO ORDERED**.

                    **ENTER:**

                                      s/ Patricia L. McNutt
                                        Clerk of Court